1
2
3                       UNITED STATES DISTRICT COURT
4                     NORTHERN DISTRICT OF CALIFORNIA
5
6   SAMEH KEDES, *et al*.,                    Case No.  24-cv-07847-SI
7               Plaintiffs,
                                              **ORDER DIRECTING PLAINTIFFS TO**
8          v.                                 **EITHER PAY FILING FEE OR FILE**
                                              **CORRECTED IN FORMA PAUPERIS**
9   COUNTY OF ALAMEDA, *et al*.,              **APPLICATION NO LATER THAN**
                                              **JANUARY 13, 2025; FAILURE TO**
10              Defendants.                   **COMPLY WITH THIS ORDER WILL**
                                              **RESULT IN DISMISSAL WITHOUT**
11                                            **PREJUDICE**
12
13          Plaintiffs, who are represented by counsel, filed this lawsuit on November 8, 2024.  Plaintiffs

did not pay the filing fee, and on November 14, filed a motion for leave to proceed *in forma pauperis*.

14  The same day, the Clerk rejected the motion because plaintiffs used the application for the Northern

15  District of Alabama, and not the Northern District of California, and directed plaintiffs to refile the

16  application using the correct form.  Plaintiffs did not file a corrected form, and on December 2,

17  2024, the Court issued an order denying the application without prejudice and directing plaintiffs to

18  file a corrected application by December 9, 2024.  As of the filing date of this order, plaintiffs have

19  not filed a corrected application to proceed *in forma pauperis*, nor have they taken any action in this

20  case.

21          Accordingly, the Court directs plaintiffs to either pay the filing fee or file a corrected *in*

22  *forma pauperis* application no later than January 13, 2025.  **If plaintiffs fail to comply with this**

23  **order, the Court will dismiss this case without prejudice for failure to prosecute pursuant to**

24  **Federal Rule of Civil Procedure 41(b).**

25          **IT IS SO ORDERED**.

26
27  Dated: January 3, 2025          _____
                                    SUSAN ILLSTON
28                                  United States District Judge