United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMEH KEDES, *et al.*,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, *et al.*,

    Defendants.

Case No. 24-cv-07847-SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE BASED ON FAILURE TO PROSECUTE**

In an order filed January 3, 2025, the Court directed plaintiffs, who are represented by counsel, to either pay the filing fee or file a corrected *in forma pauperis* application no later than January 13, 2025. Dkt. No. 9. As of the filing date of this order, plaintiffs have done neither. The docket shows that plaintiffs have not taken any action in this case since November 14, 2024, when plaintiffs filed the initial application to proceed *in forma pauperis* on the incorrect form.

The Court's January 3, 2025 order stated that if plaintiffs failed to pay the filing fee or submit a corrected *in forma pauperis* application, the Court would dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b). *Id*. Accordingly, pursuant to Rule 41(b), the Court DISMISSES this case without prejudice based on plaintiffs' failure to prosecute.

**IT IS SO ORDERED**.

Dated: January 17, 2025

                                          SUSAN ILLSTON
                                          United States District Judge