UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMEH KEDES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, *et al.*, <br><br> Defendants. | Case No. 24-cv-07847-SI <br><br> **JUDGMENT** |

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 17, 2025

_____
SUSAN ILLSTON
United States District Judge